### UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

Boutuivi Ahlin Sanvee,                                        Civil No. 12-1766 (RHK/JSM)

       Plaintiff,                                                **ORDER**

v.

Behavioral Medical Intervention,

       Defendant.

      Before the Court is the August 2, 2012, Report and Recommendation of United States Magistrate Judge Janie S. Mayeron. Judge Mayeron has recommended the denial of Plaintiff's application to proceed <u>in forma pauperis</u> and that this action be summarily dismissed for lack of subject matter jurisdiction. Although it is unclear from the record whether Plaintiff has filed Objections to the Report and Recommendation, the undersigned has conducted a de novo review of the Report and Recommendation. That review, consisting of the Report and Recommendation as well as Plaintiff's related filings in CV-10-527 and CV-12-1702 satisfies this Court that Judge Mayeron's recommended disposition is fully supported by the record before her and also by controlling legal principles. Accordingly, the Report and Recommendation will be adopted.

      Based upon all the files, records and proceedings herein, **IT IS ORDERED**:

      1. The Report and Recommendation (Doc. No. 4) is **ADOPTED**;

      2. Petitioner's application to proceed in forma pauperis (Doc. No. 2) is **DENIED**; and

3.  This action is **SUMMARILY DISMISSED** for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(h)(3).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  October 16, 2012

          s/Richard H. Kyle
          RICHARD H. KYLE
          United States District Judge